# In the United States Court of Federal Claims

No. 01-720T
Filed: January 5, 2007

**************************************

DAHLBERG, RICHARD

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**************************************

**ORDER**

Pursuant to a telephone status conference held on January 4, 2007, this case is hereby stayed until March 15, 2007. A telephone status conference will be held on March 15, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

s/ Susan Braden
SUSAN G. BRADEN
Judge