# In the United States Court of Federal Claims

No. 01-720T
Filed: April 2, 2007

*************************************
*
DAHLBERG, RICHARD *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376, this case is hereby stayed until July 2, 2007. A telephone status conference will be held on July 2, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

s/ Susan Braden
SUSAN G. BRADEN
Judge