# In the United States Court of Federal Claims

No. 01-720T
Filed: September 17, 2007

**************************************
*
DAHLBERG, RICHARD *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

On April 2, 2007, the court stayed this case pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376. On May 21, 2007, the United States Supreme Court issued an opinion in *Hinck. See Hinck v. United States*, 127 S. Ct. 2011 (2007).

On September 6, 2007, the court convened a telephone status conference and heard from counsel regarding the affect of *Hinck* on the pending litigation. In *Hink*, the Supreme Court held that the "Tax Court provides the exclusive forum for judicial review of a refusal to abate interest under § 6404(e)(1)[of the Internal Revenue Code.]" *Hinck*, 127 S. Ct. at 2013. Based on this holding, both parties agreed that all claims arising under § 6404 should be dismissed.

Therefore, the court orders all of Plaintiff's claims arising under § 6404 of the Internal Revenue Code dismissed for lack of subject matter jurisdiction. *See* Compl. ¶ 12.F. Additionally, the court continues the stay pending the appeal of *Keener v. United States*, Fed. Cl. No. 03-2028T and *Smith v. United States*, Fed. Cl. No. 04-907T. Accordingly, counsel will file a report to the court upon the resolution of *Keener* or *Smith*.

**IT IS SO ORDERED.**

s/ Susan Braden
SUSAN G. BRADEN
Judge